UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VERONICA DELCINA KING,

                         Plaintiff,                      **ORDER**

-against-                       21 Civ. 1933 (JCM)

COMMISSIONER OF SOCIAL SECURITY,

                         Defendant.
------------------------------------------------------------X

On December 14, 2021, the undersigned issued an Order, (Docket No. 18), denying without prejudice Plaintiff's second letter motion for an extension of time, (Docket No. 17), and permitting Plaintiff to resubmit a request for an extension of time if it was agreed-to by all parties and had all briefing fully submitted by March 7, 2021.

To date, Plaintiff has neither filed her motion for judgment on the pleadings nor requested a further extension of time. Accordingly, if Plaintiff does not intend to withdraw her case, the parties must adhere to the briefing schedule:

1. Plaintiff's motion for judgment on the pleadings is due December 30, 2021.
2. Defendant's opposition/cross motion is due February 28, 2022.
3. Plaintiff's reply, if any, is due March 7, 2022.

**Any future requests for extensions of time will be automatically denied.**

Dated: December 17, 2021
       White Plains, New York

                                                      **SO ORDERED:**

                                                      _____
                                                      JUDITH C. McCARTHY
                                                      United States Magistrate Judge