UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
VERONICA DELCINA KING,

                        Plaintiff,                  **ORDER**

-against-                                  21 Civ. 1933 (JCM)

COMMISSIONER OF SOCIAL SECURITY,

                        Defendant.
-----------------------------------------------------------------X

On March 29, 2022, Plaintiff filed a motion for attorney's fees in the above-captioned matter. (Docket No. 26). To date, no response has been filed. Therefore, Defendant is directed to file a response to Plaintiff's motion by May 17, 2022 or the Court will deem the motion unopposed.

Dated: May 10, 2022
       White Plains, New York

                                          **SO ORDERED:**

                                          */s/ Judith C. McCarthy*
                                          JUDITH C. McCARTHY
                                          United States Magistrate Judge